UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

J. ARTIST MANAGEMENT, INC., JOHN MALM, JR.,

Plaintiffs,

-v-

MICHAEL TRENT REZNOR,

Defendant.

---------------------------------------- x

06 Civ. 5870 (JSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8-24-06

JED S. RAKOFF, U.S.D.J.

By Order dated August 19, 2004, Judge Lesley Wells, U.S.D.J., N.D. Ohio, transferred J. Artist Management v. Reznor, assigned docket number 04 Civ. 750 in the Northern District of Ohio, to the Southern District of New York. The case was tried together with a reciprocal case then-pending before this Court, Reznor v. J. Artist Management, 04 Civ. 3808, and a Judgment was entered on June 3, 2005. By some inadvertent delay, however, the Ohio court's file from the transferred action was not sent to the clerk of this district until August 3, 2006, whereupon the clerk's office assigned the transferred matter the docket number captioned above, thinking it was a new case. However, having now conferred with all counsel, who agree that the Ohio case was fully resolved by the June 3, 2005 Judgment in Reznor v. J. Artist Management, 04 Civ. 3808, the Court hereby orders the above-captioned matter closed for all purposes.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
August 24, 2006